UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RAY NORMAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN JUSION,<br><br>Respondent. | Case No. 2:21-cv-07713-JVS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("Petition"), the parties' submissions in connection with the Motion to Dismiss, and all of the records herein, including the February 10, 2022 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED AND FOUND: (1) the Petition is construed to be a motion arising under 28 U.S.C. § 2255 ("Section 2255") because it effectively challenges petitioner's conviction and sentence in the Southern District of Texas and petitioner fails to demonstrate that his remedy under Section 2255 is inadequate or ineffective to test the legality of his detention; (2) this Court lacks the requisite jurisdiction to entertain the Petition; (3) a transfer to the Southern

District of Texas would be futile; (4) the Motion to Dismiss is granted and the Petition and this action are dismissed without prejudice; and (5) Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and on counsel for respondent.

IT IS SO ORDERED.

DATED: March 23, 2022

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE