JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RAY NORMAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN JUSION,<br><br>　　　　Respondent. | ) Case No. 2:21-cv-07713-JVS-JC<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: March 23, 2023

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE